# EXHIBIT 1

Open Access Publishers

About   Journals   Articles   Resources   Submit Manuscript

Signup for Alerts    Search

# Rapid and Fast-Release Acetaminophen Gelcaps Dissolve Slower Than Acetaminophen Tablets

Follow Us

Share

Kaury Kucera* , Amber Jessop* , Niuska Alvarez , David Gortler , David Light ,

Received: 23-08-2018 | Accepted: 07-11-2018 | Published: 12-11-2018

Citation: Kaury Kucera, Amber Jessop, Niuska Alvarez, David Gortler, David Light (2018) Rapid and Fast-Release Acetaminophen Gelcaps Dissolve Slower Than Acetaminophen Tablets, Adv Inv Pha The Medic 1:63-71

Copyrights: © 2018 Kaury Kucera et al.

DOI: 10.31872/2018/APTM-100108

Download PDF

## Abstract

The dissolution properties of oral medicinal drugs are affected by formulation and used to market over-the-counter medications. Acetaminophen is one of the most commonly used over-the-counter pain and fever-reducing medications with an estimated global yearly market value of over $350 million US dollars [1]. Acetominophen gelcaps are, in general, sold at higher prices than company-matched standard tablets. Standard acetaminophen tablets and rapid or fast-release gelcaps from five major US companies were analyzed using the industry standard test for dissolution. Results indicate that acetaminophen gelcaps marketed as rapid or fast-release are slower acting under *in vitro* dissolution conditions compared to the company-matched tablet dose.

Keywords: dissolution; acetaminophen; rapid release; fast-release; quick release; standard release; medication release; over-the-counter; generic drugs.

## Introduction

The release of active ingredients from drug products is an essential component of pharmacokinetics of absorption, distribution, metabolism, and excretion that influences

Open Access Publishers

About    Journals    Articles    Resources    Submit Manuscript

Signup for Alerts    Search 

compared to company matched tablets that do not have claims of rapid or fast release characteristics.

The specific formulation of individual drug products including excipients, binders, and sustained release materials is propriety knowledge. Many companies sell over-the-counter drug products in multiple forms including those advertised as "fast-release," or "rapid release". Modified release drug products can control the pharmacokinetic and pharmacodynamic properties of drug administration, which is also applicable to extended release forms [2]. The *in vitro* release of drugs into solution over time is studied for solid oral drug dosages with dissolution testing. Dissolution testing is commonly used in the pharmaceutical industry to test the quality and effectiveness of drug release from solid oral medications.

Formulating pure medicinal drugs for oral delivery requires non-active ingredients that affect dissolution properties [3]. These excipients may include any of a wide variety of regulated substances including sugars, cellulose, magnesium stearate, starch, talc, and polyethylene glycols that bind the active ingredient of an individual drug dose in solid form from mixed powders following mold-based processing [4]. Excipients can comprise 90% of a medication's mass depending on the drug type [5]. Additionally, many solid oral drug products are coated with non-active ingredients that may regulate dissolution [6]. Coatings may range in thickness of gelatin or other polymer-based material that have a pronounced effect on dissolution in viscous solutions [7]. Generally, polymer coatings may help to shield the taste of medication, allow for recognition by color, and/or aid in the comfort of swallowing [8]. In the case of acetaminophen, coated capsule-shaped tablets, or caplets, are commonly marketed as gelcaps.

Acetaminophen is included on the World Health Organization List of Essential Medicines and is the most commonly used medication for fever reduction and pain mitigation in the US and Europe [9,10]. Acetaminophen can be purchased over-the-counter in many forms including tablet, caplet, capsule, gelcap, and liquid suspension and is typically dosed in 325 mg, 500 mg, or 650 mg solid forms. As a Biopharmaceutical Classification System type III drug, acetaminophen bioavailability is limited by permeation rate and not solubility. Therefore, *in vitro* dissolution studies are considered safe determinants of bioequivalence for acetaminophen formulation [11].

Acetaminophen medications are manufactured and distributed through a variety of marketplaces. Post manufactured products are marketed for sale online or in person with proprietary labelling containing drug identity and dosage amount. All commercial drugs are tracked through unique lot numbers assigned by manufacturers to each individual lot

Open Access Publishers

About    Journals    Articles    Resources    Submit Manuscript

Signup for Alerts



measure of quality or consistency between individual lots of medication. In the case of acetaminophen, the claims for rapid or fast-release products have been scrutinized previously [13]. Our work provides a thorough comparison of five of the top acetaminophen branded and generic products marketed and sold in the US.

Given wide-spread use of over-the-counter and prescription medications, the quality and value of medications are an important public health, consumer safety, and economic concern.

## Methods

For this study, all acetaminophen samples were purchased from pharmacies as over-the-counter medications in the United States New York Tri-State Area. Medications were rejected if the time of testing was within a year of the labelled expiration date. Medications with 100 dosage units at a concentration of 500 mg were purchased. Standard release tablets (herein tablets) and rapid-release or fast-release gelatin coated tablets (herein gelcaps) sold by five companies and from five lots per company were tested. Companies were chosen to represent the top branded version of acetaminophen [14] and the top 4 retail pharmacy chains selling their own generic acetaminophen products [15]. Companies were Rite Aid (company #1), Walgreens (company #2), CVS (company #3), Johnson & Johnson Tylenol (company #4), and Walmart Equate (company #5). Six tablets and six gelcaps from a single company were tested together alternating through companies until each lot from each company of either tablets or gelcaps were tested twenty-four times. In total, 1,200 units of medication were tested in the primary study controlling for variables within and between companies' lots to determine differences in dissolution rates between tablets and gelcaps.

| Primary Study Variable | Companies | Lots per Company | Units tested per Lot | Total |
|---|---|---|---|---|
| Tablets | 5 | 5 | 24 | 600 |
| Rapid or Fast-Release Gelcaps | 5 | 5 | 24 | 600 |

**Table 1:** Experimental Design. This study compares dissolution between 500 mg acetaminophen tablets and gelcaps controlling for variability in tests, lots, and between major companies in the United States.

Open Access Publishers
About    Journals    Articles    Resources    Submit Manuscript
Signup for Alerts    Search

the company #5. Furthermore, 100 additional gelcaps sampled from all twenty-five study lots were analyzed following the removal of their coating (four gelcaps from each lot).

### Dissolution Testing

Dissolution tests were performed in accordance with the United States Pharmacopeia (USP) standard for dissolution [16] and monograph for acetaminophen tablets, a common test between medications labelled tablet or gelcap. Dissolution Tester RC-6 (Tianjin Guoming Medicinal Equipment) instruments that hold six test vessels each were used with testing apparatus II (paddle type). The temperature and pH of dissolution buffer was verified using a dual probe calibrated and certified to ISO 17025:2005 standards (Mettler Toledo).

Dissolution was performed at 50 rpm paddle speed and 37.5 ± 0.1°C using 900 ml of dissolution buffer: 50 mM monobasic potassium phosphate ($KH_2PO_4$, 99% ACS Reagent, Sigma-Aldrich) and sodium hydroxide (NaOH, Sigma-Aldrich) to reach pH 5.8 at 37.5°C in deionized water. Although the USP monograph only requires one sampling at the 30-minute time point, greater resolution is needed to evaluate release claims in acetaminophen. For this study, samples were collected every 120 ± 2 seconds for a total of 30 minutes, which enabled sufficient resolution to ascertain differences in acetaminophen products. 0.5 ml samples were aspirated from 50% vessel depth and greater than 2 cm from the vessel wall and filtered using 0.45 μm PVDF membrane (Denville Scientific) to remove undissolved acetaminophen and particulate excipients. Full dissolution was verified for all medication by comparison to a standard curve prepared using reference standard acetaminophen (Sigma-Aldrich, data not shown). To control for potential variability in vessel position, crossover methodology was used where tablets and gelcap's were tested side-by-side in alternating order and tests alternated between tablet or gelcap in the first vessel position. The results of *in vitro* dissolution are shown in Figures 1 and 2.

For analysis of gelcaps with their coating removed, the gelatin coating was manually removed from the inner tablet and all components were added to the dissolution vessel at time zero of sample collection (see Figure 3). Results are shown in Figure 4.

### UV Analysis

Samples were analyzed for ultraviolet light or UV absorbance at 243 nm corresponding to the peak absorbance of acetaminophen using an Epoch microplate spectrophotometer (BioTek). Samples were consistently diluted in an appropriate amount of dissolution buffer to reach the working range of the spectrophotometer. Greiner UV-Star 96-well plates were used for sample measurement. Prior to sample analysis, the optical

Open Access Publishers

About    Journals    Articles    Resources    Submit Manuscript

Signup for Alerts    Search

samples were within acceptable range of 500 mg acetaminophen in solution (data not shown).

### Data Analysis

Dissolution samples were company de-identified and data was processed and analyzed by a separate researcher.

Data was processed using MatLab with the Statistics and Machine Learning Toolbox and the Curve Fitting Toolbox (Release 2018a, The MathWorks, Inc). Dissolution profiles were normalized to the average of the last five data points and fit using a Weibull Model (cumulative distribution function for drug dissolved as a function of time equal to $f(t)=1-\exp[-a(t-T)^b]$, where $a$ and $b$ are parameters for time-scale and shape of curve progression, respectively, $t$ is time, and $T$ is lag time as a result of the dissolution process and was assumed to be zero). The fits were used to calculate times corresponding to percent of acetaminophen dissolved in solution. Time for 80% dissolution is reported following the USP monograph for acetaminophen dissolution at the time of this study, which specifies tolerance as greater or equal to 80% dissolution within 30 minutes [16].

## Results

The comparative efficacy of over-the-counter oral dosage acetaminophen products with marketing claims of rapid or fast-release was investigated using industry standard dissolution methods. Our comparative dissolution analysis revealed that rapid or fast-release gelatin coated acetaminophen tablets (gelcaps) from five major US companies dissolve on average 37 seconds slower than company-matched standard tablets (see Figure 1). 1,200 solid acetaminophen products for oral administration were analyzed throughout 30-minute intervals to provide strong statistical confidence in these results. Sampling every two minutes ensured a high accuracy in curve fitting using the Weibull model, which has been previously used to model the mechanics of dissolution for solid oral medications [17].



Open Access Publishers
About    Journals    Articles    Resources    Submit Manuscript
Signup for Alerts    Search

under the central limit theorem. B) Averaged and normalized UV absorption by acetaminophen in solution monitors percent dissolution as a function of time for all five companies.

|  | Tablet (minutes) | Gelcap (minutes) | % Difference | p-value |
|---|---|---|---|---|
| Avg Company #1 | 7.47 ± 0.10 | 9.18 ± 0.17 | +21.9% | 3.63E-17 |
| Avg Company #2 | 7.71 ± 0.10 | 8.73 ± 0.14 | +12.4% | 9.36E-09 |
| Avg Company #3 | 9.08 ± 0.19 | 7.56 ± 0.19 | -18.2% | 5.66E-08 |
| Avg Company #4 | 3.56 ± 0.05 | 3.94 ± 0.03 | +10.0% | 4.18E-09 |
| Avg Company #5 | 7.04 ± 0.25 | 8.43 ± 0.14 | +18.0% | 1.20E-08 |
| Medication Average | 6.95 ± 0.21 | 7.57 ± 0.20 | +8.5% | 1.12E-05 |

**Table 2:** Time for 80% dissolution comparing tablets (n = 120) and rapid or fast-release gelcaps (n = 120).



**Figure 2:** Time for 80% dissolution reveals significant company variability between companies and between medication type. A) Comparison of companies and tablet vs gelcaps: company #1 (stars), company #2 (squares), company #3 (diamonds), company #4





**Figure 3:** Examples of individual medications used in the study. A) Standard release products and B) rapid or fast-release products showing intact gelcaps and gelcaps with coating removed.



**Figure 4:** Removing the gelatin coating of rapid or fast-release gelcaps without gelatin, (n = 20), significantly decreases the time for acetaminophen to dissolve compared to rapid or fast-release gelcaps (with gelatin, n = 120). The p-value for the average time for dissolution of all companies between with coating and coating removed is 3.53E-11 underscoring a very strong statistical significance for these results.

|  | Gelcap With Coating (minutes) | Gelcap, Coating Removed (minutes) | % Difference | p-value |
|---|---|---|---|---|
| Avg Company #1 | 9.18 ± 0.17 | 7.47 ± 0.32 | -20.6% | 1.39E-04 |
| Avg Company #2 | 8.73 ± 0.14 | 6.96 ± 0.24 | -22.7% | 2.20E-06 |

Open Access Publishers

About   Journals   Articles   Resources   Submit Manuscript

Signup for Alerts   Search

### Table of Contents

- Abstract
- Introduction
- Methods
- Results
- Discussion and Conclusions
- Acknowledgements
- Disclaimer
- References
- Supplemental Information

**Table 3:** Time for 80% dissolution comparing gelcaps with (n = 120) and without (n = 20) gelatin coating. Average dissolution times for 20 gelaps from each company are shown.

For only one of the five companies (company #3), rapid or fast-release gelcaps dissolved faster than company-matched standard tablets. Company #3 standard tablets were, on average, the slowest dissolving medications. Notably, company #3 is, as far as we were able to reasonably determine in the New York Tri-State Area, the only company included in this study that has also marketed an additional rapid or fast-release acetaminophen tablet that is not gelatin coated. Comparative analysis of this additional company #3 product from two different lots with company #3 gelcaps demonstrated that the gelcaps are statistically significantly slower than company-matched tablets (see Figure 2), preserving the trend that gelcaps dissolve slower than tablets.

To better understand the influence of gelatin coatings on gelcap dissolution, four gelcaps from each of the twenty-five lots tested during the primary study (n = 100) were examined with their red and blue encapsulation removed. All components were added to the dissolution vessel at the same time to ensure that the only variable changed was the physical attachment of the gelatin coating to the solid medication surface. Results suggest that the removal of a gelcap's red and blue coating speeds up, on average, the time required for fully dissolving by 26% (see Table 3). This faster dissolution time suggests that gelcaps are a barrier for dissolution (see Figure 4).

An unanticipated study result concerns variability between companies. Specifically, the variability of gelcaps and tablets between the five major US companies was surprisingly high. For example, at 80% dissolution and averaged over 120 gelcaps and 120 tablets, products sold by company #4 dissolve 2.4 (gelcaps) and 2.1 (tablets) times faster when compared with products sold by company #1 (see Figure 2A and Table 2).

Open Access Publishers

About      Journals      Articles      Resources      Submit Manuscript

Signup for Alerts            Search 

release of active drug and is rarely studied in detail. This study investigated over the counter oral medication with marketed claims of rapid or fast-release. These rapid or fast-release labeled medications are sold at an average of a 23% higher price [18], which make the claims associated with these medications of particular interest from a consumer perspective.

The results of the study suggest that acetaminophen gelcaps packaged with marketed claims of rapid or fast-release tend to dissolve slower than tablets of identical dosage sold by the same company.

All medications used for this study passed industry standards for full dissolution in under 30 minutes and are therefore predicted to be pharmacologically effective. Most drugs taken orally are absorbed in the small intestine due to high permeability and large surface area compared to the stomach [19]. As an early rate-limiting step, stomach emptying renders any oral medication that dissolves in 30 minutes or less essentially as rapid as possible in terms of dissolution. Indeed, unless oral medications are engineered for extended release, those that dissolve or disintegrate in the gastrointestinal tract are generally considered rapidly dissolving formulations. In these cases, bioavailability is dependent on drug permeability [20].

Acetaminophen is one of the most commonly used drugs in the world to treat acute and chronic pain [21]. In the US, acetaminophen currently costs between 0.01 and 0.43 USD per dose depending on quantity sold according to drugs.com market research [22]. Furthermore, a 2002 survey reported that 89% of consumers read over-the-counter drug package labels prior to purchase, which suggests that marketing claims like 'rapid release' or 'fast-release' may impact purchasing decisions [23]. Rapid or fast-release acetaminophen purchased for this study cost an average of 23% more than standard tablets of equivalent dose sold by the same company, suggesting there may be an economic impact for consumers choosing gelcaps over tablets.

Our results suggest that the gelatin coating added to rapid or fast-release gelcaps delays *in vitro* release of medication. We conclude that on average the gelcaps tested were approximately half a minute slower to dissolve compared to the company-matched tablets tested.

The results of this study warrant additional targeted investigations into acetaminophen products and, more generally, oral over-the-counter drugs marketed with release claims.

Open Access Publishers

About    Journals    Articles    Resources    Submit Manuscript

Signup for Alerts    Search

throughout this study.

## Disclaimer

Valisure LLC does not conduct drug development or participate in clinical trials. Valisure LLC's affiliated companies include a laboratory that tests pharmaceutical samples and a pharmacy that dispenses batch-tested pharmaceuticals.

## References

1. Acetaminophen PEP Review (2018) 99-15 2002.
2. Ratnaparkhi M.P, P.GJ (2013) Sustained Release Oral Drug Delivery System - An Overview. International Journal of Pharma Research & Review 2:11-21.
3. Ahmed A, Ali SA, Hassan F, Ali SS, Haque N (2000) Dissolution rate studies on Acetaminophen tablets. Pak J Pharm Sci 13:39-43.
4. Inactive Ingredient Search for Approved Drug Products (2018). https://www.accessdata.fda.gov/scripts/cder/iig/index.cfm
5. Page A, Etherton-Beer C (2018) Choosing a medication brand Excipients, food intolerance and prescribing in older people. Maturitas 107:103-109.
6. Dvorackova K, Rabiskova M, Gajdziok J (2010) Coated capsules for drug targeting to proximal and distal part of human intestine. Acta Pol Pharm 67:191-199.
7. Radwan A, Amidon GL, Langguth P (2012) Mechanistic investigation of food effect on disintegration and dissolution of BCS class III compound solid formulations: the importance of viscosity. Bio pharm Drug Dispos 33:403-16.
8. Gennaro AR (2005) Remington the Science and Practice of Pharmacy, Lippincott Williams & Wilkins 918-919.
9. Aghababian R, Mass Jones, Bartlett (2006) Essentials of emergency medicine.
10. World Health Organization Model List of Essential Medicines (2017). http://www.who.int/medicines/publications/essentialmedicines/en/
11. Kalantzi L, Reppas C, Dressman JB (2006) Biowaiver monographs for immediate release solid oral dosage forms acetaminophen (paracetamol). J Pharm Sci 95: 4-14.
12. U.S. Department of Health and Human Services USFaDA . Federal Food, Drug, and Cosmetic Act (FD&C Act) 2018.
13. Dunbar J (2016) Comparative Dissolution of Over-the-Counter 500 mg Acetaminophen Caplet Products Labeled as Rapid- or Fast-Release versus



Open Access Publishers

About    Journals    Articles    Resources    Submit Manuscript

Signup for Alerts    Search

15. Ellison A (2016) 10 largest retail pharmacies in America. Becker's Hospital Review ASC Communications.
16. USP. First Supplement to USP 41-NF 36 (2018).Official Monograph for Acetaminophen, The United States Pharmacopeial Convention.
17. Ramteke KH, Dighe P.A, Kharat A.R, Patil S.V (2014) Mathematical Models of Drug Dissolution: A Review. Scholars Academic Journal of Pharmacy 3:388-96.
18. Electronic brand research (2018). US consumer websites advertising medication Accessed.
19. Le J. Drug Absorption (2017) Pharmacokinetics. Merck Manual: Merck & Co, Inc Kenilworth, NJ, USA.
20. Amidon GL, Lennernas H, Shah VP, Crison JR (1995) A theoretical basis for a biopharmaceutic drug classification: the correlation of in vitro drug product dissolution and in vivo bioavailability. Pharm Res 12:413-20.
21. McCrae JC, Morrison EE, MacIntyre IM, Dear JW, Webb DJ (Long-term Adverse Effects of Paracetamol - a Review. Br J Clin Pharmacol 2018.
22. Acetaminophen Prices, Coupons and Patient Assistance Programs (2018).
23. Acetaminophen Fact Sheet (2002) Consumer Healthcare Products Association.

## Supplemental Information

| Supplemental Information | | Lot 1 | Lot 2 | Lot 3 | Lot 4 | Lot 5 |
|---|---|---|---|---|---|---|
| Standard Tablets | Company #1 (Rite Aid) | P106590 | P105172 | P107562 | P104073 | P107150 |
| | Company #2 (Walgreens) | P103544 | P107562 | P106924 | P108010 | P107810 |
| | Company #3 (CVS) | 7HE1087 | 8BE1514B | 7ME1046 | 7LE1239A | 7ME1152 |
| | Company #4 (Tylenol) | LFA122 | LLC215 | LPC209 | LHA052 | LSA023 |
| | Company #5 (Equate) | C03724 | C08966 | C10960 | 7ME1482C | F00054 |
| Rapid Release Gelcaps | Company #1 (Rite Aid) | P106810 | P105884 | P107030 | P107550 | P107208 |

2/5/2019 Rapid and Fast-Release Acetaminophen Gelcaps Dissolve Slower Than Acetaminophen Tablets.

Case: 1:18-cv-07585 Document #: 24-1 Filed: 02/05/19 Page 13 of 13 PageID #:162

Open Access Publishers

About   Journals   Articles   Resources   Submit Manuscript

Signup for Alerts    Search

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | (Tylenol) | LHA032 | LMA021 | LJA091 | LEA011 | MAA003 |
|  | Company #5 (Equate) | P107790 | P108183 | P108696 | P108536 | P108038 |
| Rapid Release Tablets | Company #3 (CVS) | 7MR0309 | 7MR0310 | -- | -- | -- |

**Supplemental Table 4:** Lot numbers for medications used in the study.

Open Access by Kenkyu is licensed under a Creative Commons Attribution 3.0 Unported License