# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERIKA BROWN, LISA SATCHEL, KENNETH BREWER, and PHYLLIS GRAY on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>    Defendant. | Case No. 1:18-cv-7585 |

## JOINT STATUS REPORT

Plaintiffs Erika Brown, Lisa Satchel, Kenneth Brewer, and Phyllis Gray (collectively "Plaintiffs") and Defendant Walgreens Boots Alliance, Inc. ("Defendant" or "Walgreens") (together "the Parties"), by and through counsel, submit this Joint Status Report, and state as follows:

**1. Class Discovery:**

The Parties have met and conferred regarding how to proceed with class discovery. Each of the Parties have given an overview of the types of information they will seek for class discovery. The Parties anticipate propounding written class discovery after the Parties provide their responses to the Mandatory Discovery, but will defer depositions until after the Court's ruling on Walgreens' pending motion to dismiss.

**2. ESI Protocol:**

The Parties have discussed and will work together to develop an ESI protocol. Defendant will draft an ESI protocol for Plaintiffs' review.

4819-0576-6281

3. **Adjustment to Scheduling Order:**

Defendant proposes a modification of the Court's Scheduling Order, ECF No. 17, to bring the schedule in line with a proposed scheduling order currently pending in a companion case in the Northern District of California, *Bailey v. Rite Aid Corp.*, No. 4:18-cv-06926-YGR. Defendant believes it is an appropriate measure to promote efficiency. Defendant will provide Plaintiffs with a proposed schedule adjustment and the Parties will discuss the issue.

Dated: March 1, 2019　　　　　　　　　　　　　Respectfully submitted,


By: */s/ Mitchell M. Breit*
Mitchell M. Breit
Simmons Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
212.784.6422
mbreit@simmonsfirm.com

Trent B. Miracle
Simmons Hanly Conroy
One Court Street
Alton, Illinois 62002
618.259.2222
tmiracle@simmonsfirm.com

*Attorneys for Plaintiffs*


By: /s/ *Peter J. O'Meara*
Peter J. O'Meara
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654-5313
Tel:　 (312) 832-4914
Fax:　 (312) 832-4700
pomeara@foley.com

Jay N. Varon (*admitted pro hac vice*)

2

David L. Rosen (*pro hac vice motion to be submitted*)
David A. Hickerson (*pro hac vice motion to be submitted*)
Jarren N. Ginsburg (*pro hac vice motion to be submitted*)
Foley & Lardner LLP
3000 K Street, N.W.
Suite 600
Washington, D.C. 20007-5109
Tel: (202) 672-5380
Fax: (202) 672-5399
jvaron@foley.com
dhickerson@foley.com
drosen@foley.com
jginsburg@foley.com

*Attorneys for Defendant Walgreens Boots Alliance, Inc.*

4819-0576-6281

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Joint Status Report was served March 1, 2019, via the Court's ECF system, which will send an electronic copy to all counsel of record.

                                            /s/ *Peter J. O'Meara*

4819-0576-6281