IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIKA BROWN, LISA SATCHEL, KENNETH BREWER, and PHYLLIS GRAY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREENS BOOTS ALLIANCE, INC. <br><br> Defendant. | Case No. 1:18-cv-07585 <br><br> Hon. Andrea R. Wood |

## **JOINT MOTION FOR ENTRY OF AN AGREED CONFIDENTIALITY ORDER**

Defendant, Walgreen Boots Alliance, Inc. ("Defendant") and Plaintiffs Erika Brown, Lisa Satchel, Kenneth Brewer, and Phyllis Gray individually and on behalf of all others similarly situated ("Plaintiffs") by and through their respective undersigned counsel, respectfully move this Court for entry of the attached Agreed Confidentiality Order attached as **Exhibit A**. Changes to the Court's Model Confidentiality Order (Form LR 26.2) in the Agreed Confidentiality Order are reflected in the attached **Exhibit B**. The parties have conferred and agree that certain information revealed in discovery will be sensitive in nature requiring a protective order. This information includes confidential personal information of the Plaintiffs and business, financial, and personnel information of Defendant. A protective order will ensure the security of this confidential information.

WHEREFORE, the Parties respectfully request this Court grant this Joint Motion for Entry of an Agreed Confidentiality Order and enter the attached Agreed Confidentiality Order.

Dated: March 1, 2019

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Peter J. O'Meara* | By: /s/ *Mitchell M. Breit* |
| Peter J. O'Meara<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, Illinois 60654-5313<br>Tel:   (312) 832-4914<br>Fax:   (312) 832-4700<br>pomeara@foley.com | Mitchell M Breit (admitted *pro hac vice*)<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue<br>New York, New York 10016-7416<br>Telephone:   (212) 784-6400<br>Facsimile:   (212) 213-5949<br>mbreit@simmonsfirm.com |
| Jay N. Varon (admitted *pro hac vice*)<br>David A. Hickerson (*pro hac vice motion to be submitted*)<br>Foley & Lardner LLP<br>3000 K Street, N.W.<br>Suite 600<br>Washington, D.C. 20007-5109<br>Tel:   (202) 672-5380<br>Fax:   (202) 672-5399<br>jvaron@foley.com<br>dhickerson@foley.com | Trent B. Miracle<br>**SIMMONS HANLY CONROY LLC**<br>One Court Street<br>Alton, Illinois 62002<br>Telephone:   (618) 259-2222<br>Facsimile:   (618) 259-2222<br>tmiracle@simmonsfirm.com |
| *Attorneys for Defendant Walgreens Boots Alliance, Inc.* | *Attorneys for Plaintiff Erika Brown on behalf of herself and all others similarly situated* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Joint Motion for Entry of an Agreed Confidentiality Order was served on March 1, 2019, via the Court's ECF system, which will send an electronic copy to all counsel of record.

                                                        /s/ *Peter J. O'Meara*