**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERIKA BROWN, LISA SATCHEL, KENNETH BREWER, and PHYLLIS GRAY on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.<br><br>   Defendant. | Case No. 1:18-cv-07585<br><br>Hon. Andrea R. Wood |

**NOTICE OF SERVICE OF
<u>WALGREENS' INITIAL DISCOVERY RESPONSES</u>**

  **PLEASE TAKE NOTICE** that on Thursday March 7, pursuant to section A.5 of this District's Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project ("Order"), Defendant Walgreens Boots Alliance, Inc. ("Walgreens") served its Mandatory Initial Discovery Responses ("Responses") on counsel for plaintiffs Erika Brown, Lisa Satchel, Kenneth Brewer, and Phyllis Gray on behalf of themselves and all others similarly situated. Walgreens' investigation is ongoing, and its Responses are based upon information reasonably available to Walgreens at this time. Walgreens expressly reserves the right pursuant to section A.6 of the Order and any order of this Court to supplement and/or amend any information contained in its Responses based upon its continuing investigation and discovery in this action. Walgreens reserves the right to rely on expert discovery to support its defenses and damages claims and will supplement its Responses, as appropriate, pursuant to any scheduling order or other order of this Court.

Dated: March 7, 2019

Respectfully submitted,

By: /s/ *Peter J. O'Meara*

Peter J. O'Meara
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654-5313
Tel:    (312) 832-4914
Fax:    (312) 832-4700
pomeara@foley.com


Jay N. Varon (admitted *pro hac vice*)
David A. Hickerson (*pro hac vice motion to be submitted*)
Foley & Lardner LLP
3000 K Street, N.W.
Suite 600
Washington, D.C. 20007-5109
Tel:    (202) 672-5380
Fax:    (202) 672-5399
jvaron@foley.com
dhickerson@foley.com

*Attorneys for Defendant Walgreens Boots Alliance, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Service of Walgreens' Initial Discovery Responses was served March 7, 2019, via the Court's ECF system, which will send an electronic copy to all counsel of record.

                                                  /s/ *Peter J. O'Meara*

4847-8583-5657