IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIKA BROWN, et al., *Plaintiffs*, v. WALGREENS BOOTS ALLIANCE, INC., *Defendant.* | Case No.: 1:18-cv-07585 |

**NOTICE OF SERVICE OF PLAINTIFFS'**
**MANDATORY INITIAL DISCOVERY RESPONSES**

Pursuant to the Court's Amended Standing Order Regarding Mandatory Initial Discovery Responses, Plaintiffs Erika Brown, Lisa Satchel, Kenneth Brewer, and Phyllis Gray, on behalf of themselves and all others similarly situated, served their Mandatory Initial Disclosure Reponses on counsel for Defendant Walgreens Boots Alliance, Inc. via electronic mail on March 7, 2019.

Dated: March 8, 2019

Respectfully submitted,

By: /s/ *Mitchell M. Breit*
Mitchell M. Breit
Simmons Hanly Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6422
mbreit@simmonsfirm.com

Trent Miracle
Simmons Hanly Conroy
One Court Street
Alton, Illinois 62002

1

Telephone: (618) 259-2222
tmiracle@simmonsfirm.com

Gregory F. Coleman
Rachel Lynn Soffin
GREG COLEMAN LAW
800 S. Gay Street Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
greg@grecolemanlaw.com
rachel@gregcolemanlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

*/s/ Mitchell M. Breit*
Mitchell M. Breit
Simmons Hanly Conroy
